# EXHIBIT A

 **LEGAL LANGUAGE SERVICES**

*International Litigation Support*
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3168
www.legallanguage.com

<u>*VIA INTERNATIONAL REGISTERED MAIL*</u>

March 23, 2005

HAGUE CENTRAL AUTHORITY FOR THE PEOPLE'S REPUBLIC OF CHINA
Department of Judicial Assistance & Foreign Affairs
Ministry of Justice of China
No. 10 Chaoyangmen Nandajie, Chaoyang District
Beijing, 100020
PEOPLE'S REPUBLIC OF CHINA

Dear Sirs:

On behalf of our client, I have the honor to transmit to you a *Hague Convention Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters*:

| | |
|---|---|
| Applicants: | Karina Shreefer, Esq. |
| | LEGAL LANGUAGE SERVICES |
| Plaintiff(s): | DENNIS AUDETTE on Behalf of Himself and All Others Similarly Situated |
| Defendant(s) | HEBEI WELCOME PHARMACEUTICAL CO. LTD.; JIANGSU JIANGSHAN PHARMACEUTICAL CO. LTD.; NORTHEAST PHARMACEUTICAL GROUP CO. LTD.; WEISHENG PHARMACEUTICAL CO. LTD., et al. |
| Method of Service: | (b) – Personal (in-hand) delivery by a Judicial Officer |

The *Request* is being forwarded to you in English and Chinese and in duplicate. Ms. Shreefer is requesting personal service (Article 5, paragraph 1, sub-paragraph (b) of the *Hague Service Convention*.) Please note that under U.S. Federal and State Law, Ms. Shreefer, as an attorney, is authorized to request service of process, and may therefore be identified as the requesting authority on the *Request* and *Summary*. The *Request* form cites the exact Federal and State statutes empowering her with such authority.

Please also note that I have enclosed a <u>certified bank check</u> in the amount of US$93 for the service fee.

We would very much appreciate if you could inform us via fax at 913-341-3168 or via email at vportuguez@legallanguage.com of the date of service of the documents upon the Defendant.

The completed certificate may be returned to Ms. Shreefer at Legal Language Services as requesting authority. Please do not hesitate to fax or e-mail me if you have questions or concerns. Thank you in advance for your assistance and cooperation in this matter.

Sincerely yours,

LEGAL LANGUAGE SERVICES
*A Division of ALS International, Inc.*

Victoria Portuguez
International Service of Process Department

Enclosure

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### *DEMANDE*
### *AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
### *D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Karina Shreefer, Esq.<br>LEGAL LANGUAGE SERVICES<br>8014 State Line Road, Suite 110<br>Leawood, Kansas 66208<br>UNITED STATES OF AMERICA<br>Tel. 1.913.341.3167 | HAGUE CENTRAL AUTHORITY FOR THE PEOPLE'S<br>REPUBLIC OF CHINA<br>Department of Judicial Assistance & Foreign Affairs<br>Ministry of Justice of China<br>No. 10 Chaoyangmen Nandajie<br>Chaoyang District, Beijing, 100020<br>PEOPLE'S REPUBLIC OF CHINA |

The undersigned applicant has the honour to transmit -in duplicate- the document listed below and, in conformity with article 5 of the
above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir-en double exemplaire-à l'autorité destinataire les documents ci-dessous énumérés,
en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse) NORTHEAST PHARMACEUTICAL GROUP CO. LTD.
No. 37 Zhonggong North Street, Tiexi District, Shenyang 110026, PEOPLE'S REPUBLIC OF CHINA

东北制药集团有限公司
中国沈阳市铁西区重工北街
37号，邮政编码110026

☐ ~~(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.~~
~~(a) selon les formes légales (article 5, alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
(b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b)*:   Personal service in accordance with your internal
law for service of documents upon persons or entities in your territory.
\* International Money Order attached. \*

☐ ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)~~
~~(c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes*-with a certificate
as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte-et de ses annexes-avec
l'attestation figurant au verso.*

SERVICE IS REQUESTED PURSUANT TO PUBLIC LAW 97-462 OF FEB. 26, 1983 WHICH AMENDED RULE 4(c)2(a) OF THE U.S.
FEDERAL RULES OF CIVIL PROCEDURE and RULE 4 OF THE MASSACHUSETTS RULES OF CIVIL PROCEDURE.

List of documents
*Enumération des pièces*

| | |
|---|---|
| Executed "Request," in duplicate | |
| "Certificate" (unexecuted), in duplicate | Done at Leawood, Kansas, U.S.A., the 23 March 2005 |
| "Summary" with Attachment "A," in duplicate | *Fait à _____, le _____* |
| "Notice," in duplicate | Signature and/or stamp. |
| Summons, in English and Chinese, in duplicate | *Signature et/ou cachet.* |
| Tracking Order – F Track, in English and Chinese, in duplicate | |
| Class Action Complaint, in English and Chinese, in duplicate | *[signature]* |

Delete if inappropriate
*Rayer les mentions inutiles.*

[1] (Formerly OBD-116 which was formerly LAA-116,
both of which may still be used)

USM-94
(Est. 11/22/77)

3-2

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*

- the (date)
- *le (date)* _____
- at (place, street, number)
- *à (localité, rue numéro)* _____

- in one of the following methods authorized by article 5-
- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
*a) selon les formes légales (article 5, alinéa premier, lettre a).*

☐ (b) in accordance with the following particular method*:
*b) selon la forme particulière suivante :* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily. *
*c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(identité et qualité de la personne)* _____

- relationship to the addressee (family, business, or other):
- *liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*

_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

Done at _____ , the _____
*Fait à* _____ , *le* _____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____ 
Signature and / or stamp.
*Signature et / ou cachet.*

*Delete if inappropriate.
*Rayer les mentions inutiles.*

2

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ELEMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires et extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*
(article 5, fourth paragraph)
*(article 5, alinéa 4)*

**Name and address of the requesting authority:** Karina Shreefer Esq.
*Nom et adresse de l'autorité requérante :* LEGAL LANGUAGE SERVICES
8014 State Line Road, Suite 110, Leawood, Kansas 66208, U.S.A.
Tel. 1.913.341.3167

**Particulars of the parties*:**
*Identité des parties :* DENNIS AUDETTE on Behalf of Himself and All Others Similarly Situated, *Plaintiff*
HEBEI WELCOME PHARMACEUTICAL CO. LTD.; JIANGSU JIANGSHAN PHARMACEUTICAL CO. LTD.; NORTHEAST PHARMACEUTICAL GROUP CO. LTD.; WEISHENG PHARMACEUTICAL CO. LTD.; SHIJIAZHUANG PHARMACEUTICAL (USA) CO. LTD; CHINA PHARMACEUTICAL GROUP, LTD., *Defendants*

### JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* To give notice to the Defendant of the commencement of a civil claim against it and to summon it to answer or otherwise respond.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige :* See Attachment "A."

**Date and place for entering appearance**:**
*Date et lieu de la comparution :* Defendant is required to serve upon plaintiff's attorney (Straus & Boies, LLP) an answer to the Complaint, within twenty (20) days after service of the summons, exclusive of the day of service. Defendant is also required to file its answer to the complaint either before service upon plaintiff's attorney or within a reasonable time thereafter before the Clerk of the Superior Court, County of Bristol, Massachusetts, 9 Court Street, Taunton, Massachusetts 02780, U.S.A.

**Court which has given judgment**:**
*Juridiction qui a rendu la décision :* N/A

**Date of judgment**:**
*Date de la décision :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* Defendant is required to serve upon plaintiff's attorney (Straus & Boies, LLP) an answer to the Complaint, within twenty (20) days after service of the summons, exclusive of the day of service. If the defendant fails to do so, judgment by default will be taken against it for the relief demanded in the Complaint. Defendant is also required to file its answer to the complaint in the office of the Clerk either before service upon plaintiff's attorney or within a reasonable time thereafter.

### EXTRAJUDICIAL DOCUMENT**
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte :* N/A

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte :* N/A

---

\* If appropriate, identity and address of the person interested in the transmission of the document.
*S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte.*
\*\* Delete if inappropriate.
*Rayer les mentions inutiles.*

*U.S. Government Printing Office: 1990-262-311/15322

3

3 - 3

### Attachment "A"
### to "Summary of the Document to be Served"

Plaintiff Dennis Audette brings this class action on his own behalf and on behalf of all others similarly situated in Massachusetts (the "Class") under the antitrust laws of Massachusetts, against the named Defendants, for damages and declaratory relief. This case arises out of a conspiracy among Defendants and their co-conspirators with the purpose and effect of inflating prices for Vitamin C and Vitamin C products by limiting competition and controlling supply. Plaintiff alleges that this illegal conspiracy and cartel has existed since at least December 2001 to the present. By reason of the alleged violations of the antitrust laws, Plaintiff and members of the Class paid more for Vitamin C and substitute products than they would have paid in the absence of the unlawful contract, combination and conspiracy, and as a result have been injured and have suffered damages.

Plaintiff alleges violations of M.G.L. c. 93A and fraudulent concealment.

Plaintiff prays that this Court: certify the Plaintiff class pursuant to M.G.L. c. 93A; declare that Defendants have engaged in unfair and deceptive acts in trade or commerce; find that Defendants participated in unfair and deceptive competition and business acts and practices in violation of M.G.L. c. 93A; award damages, as well as the recovery of reasonable attorneys' fees and costs; award pre-judgment and post-judgment interest; and grant other just and equitable relief.

3-4

**NOTICE**
*(recommended by the Fourteenth Session of
Hague Conference of October, 1980)*

identité et adresse du destinataire
*identity and address of the addressee*

---

NORTHEAST PHARMACEUTICAL GROUP CO. LTD.
No. 37 Zhonggong North Street
Tiexi District
Shenyang 110026
PEOPLE'S REPUBLIC OF CHINA

东北制药集团有限公司
中国沈阳市铁口区重工北街37号，邮政编码110026

---

TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES "ELÉMENTS ESSENTIELS DE L'ACTE" VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES :

New Center for Legal Advocacy, Inc.
257 Union Street
New Bedford, Massachusetts 02740
U.S.A.
Tel. 1.508.979.7160

IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE "SUMMARY OF THE DOCUMENT TO BE SERVED" WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD, HOWEVER, READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

New Center for Legal Advocacy, Inc.
257 Union Street
New Bedford, Massachusetts 02740
U.S.A.
Tel. 1.508.979.7160



**LEGAL LANGUAGE SERVICES**

*International Litigation Support*
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free (800) 755-5775
Telefax (913) 341-3169
www.legallanguage.com

March 23, 2005
2005年3月23日

To whom it may concern:
致有關人士:

This is to certify that the attached translation from English into Chinese is an accurate representation of the document received by this office. This document is designated as:
茲證明,這是我們收到的英語文件的準確漢語譯本。此文件是:

Summons
传票

Maria Victoria Portuguez, Manager of this company, certifies that Jack Lian, who translated this document, is fluent in Chinese and standard North American English and qualified to translate. he/she attests to the following:

Maria Victoria Portuguez 任本公司經理,茲證明 Jack Lian 經本公司考核證實精通漢語和北美標準英語,具有翻譯資格。以下是他/她的證詞:

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".
"據我所知,所附文本是該文件真實、完整、準確的翻譯文本。"

Signature of Maria Victoria Portuguez
Maria Victoria Portuguez 簽名

Subscribed and sworn to before me this March 23, 2005.
2005年3月23日當我面簽署並宣誓。

Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

*Vicki Farron*
堪薩斯州公證員
於約翰遜郡獲得公證員資格
執照有效期至2008年12月9日

Sincerely,
謹此

Victor J. Hertz
President/總裁

3-6

表格 #42

马萨诸塞州 [COMMONWEALTH OF MASSACHUSETTS]

布里斯托尔 [BRISTOL]　　　　　　　　　　　高等法院审判庭
　　　　　　　　　　　　　　　　　　　　民事诉讼
[印章]　　　　　　　　　　　　　　　　编号： BRCV 2005-00182-C

　　　　　　　　丹尼斯·奥德特 [Dennis Audette]
　　　　　　　　代表自己
　　　　　　　　以及所有其它处境类似者
　　　　　　　　　　　　　　　　　　　　　　　　　　原告
　　　　　　　　　　　　诉
　　　　　　　　河北维尔康制药有限公司
　　　　　　　　[Hebei Welcome Pharmaceutical Co. Ltd.]，等
　　　　　　　　　　　　　　　　　　　　　　　　　　被告

（致原告律师：

　　　　　　　　请注明所涉诉讼类型：
　　　　　　　　侵权 — 机动车辆侵权 — 合同 X
　　　　　　　　衡平救济 x 其它）

传票

致上述被告：东北制药集团有限公司 [Northeast Pharmaceutical Group Co. Ltd.]

　　在此传召贵公司，并要求你方在收到本传票之日起（20）日内（送达之日不计在内），向原告律师：大卫·博伊斯三世 [David Boies III]，地址：纽约州，贝福德山，车站广场 203 室，斯特劳斯和博伊斯律师事务所，邮政编码 10507 [Straus & Boies LLP, 2 Depot Plaza, Suite 203, Bedford Hills, NY 10507]，提交关于本传票所附诉状的答辩状。如贵公司不提交答辩状，本院将就诉状中主张的救济做出不出庭判决。同时要求贵公司，在向原告律师送达贵方答辩状之前或在之后的合理期间内，将答辩状送交本院位于陶顿市 [Taunton] 的书记官办公室。

　　除非《规则》第 13 (a) 项另有规定，否则贵方在答辩状中，就必须对原告就系争事项所陈述的主张提出反诉，否则，贵方以后不得在任何其它诉讼中提出此类诉请。

　　证明人，巴巴拉·J·罗斯 [Barbara J. Rouse] 法官，高等法院审判庭行政法官，公元二零零五年二月十七日，于陶顿[Taunton]。

　　　　　　　　　　　　　　　[签名]
　　　　　　　　　　　　　　　司法官

说明：
1. 本传票系依据《马萨诸塞州民事程序规则》[Massachusetts Rules of Civil Procedure] 第 4 条签发。
2. 如被告为多人，则所有被告的名称均应以大写标示。如针对各被告分别发出传票，则各传票应分别提交特定的被告。
3. 如被告系马萨诸塞州或政府官员，则填入的期间应为 60 日。

被告须知 — 如您有抗辩意见，无需亲自来法院对该诉状进行答辩，您或您的律师须在 20 日内依照此处规定，送达书面答辩意见复本，同时将原本送达书记官办公室。

3-7

Subscribed and sworn to before
me this ___3/23___ 20 _05_

Notary Public _Vicki Farron_
**VICKI FARRON**
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

传票送达证明

本人证明并回报，本人于_____, 20 将本案传票复本，以及诉状副本，以下列方式送达所述之被告（参见《马萨诸塞州民事程序规则》第 4 (d) 项 1-5）：

_____
_____
_____
_____

日期：_____, 20　　　　　_____

注意：　传票送达人请注意：
　　　　请在原本和送达被告的副本上，将送达日期填入此方框。

|  | , 20 |
|---|---|

马萨诸塞州 [COMMONWEALTH OF MASSACHUSETTS]
布里斯托尔 [BRISTOL]
高等法院审判庭
民事诉讼 编号

丹尼斯·奥德特 [Dennis Audette]
代表自己
以及所有其它处境相同者　　　　原告

诉

河北维尔康制药有限公司
[Hebei Welcome Pharmaceutical Co. Ltd.], 等　　　被告

传票
（《马萨诸塞州民事程序规则》第 4 条）

3-9

Subscribed and sworn to before
me this ___3/23___ 20 _05_

Notary Public _Vicki Farron_
VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

Form #42

# COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.                          SUPERIOR COURT DEPT. OF THE TRIAL COURT
                                                    CIVIL ACTION
[SEAL]                                              No. BRCV 2005-00182-C

Dennis Audette,
on behalf of himself
and all others similarly situated
_____, Plaintiff(s)

v.

Hebei Welcome Pharmaceutical
Co. Ltd., et al.
_____, Defendant(s)

(TO PLAINTIFF'S ATTORNEY :
PLEASE INDICATE TYPE OF ACTION INVOLVED :—
TORT — MOTOR VEHICLE TORT — CONTRACT X
EQUITABLE RELIEF X OTHER.)

### SUMMONS

TO THE ABOVE-NAMED DEFENDANT: Northeast Pharmaceutical Group Co. Ltd.

You are hereby summoned and required to serve upon ..David Boies III,..
..Straus & Boies LLP, 2 Depot Plaza, Suite 203...........................
plaintiff's attorney, whose address is ..Bedford Hills, NY 10507..........;

an answer to the complaint which is herewith served upon you, within (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at ..Taunton.............. either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Hon. Barbara J. Rouse, Adm. Justice of the Superior Court Dept. of the Trial Court, at Taunton, the ..Seventeenth.. day of ..February.., in the year of our Lord two thousand and ..five..

*[signature]*, Esq.
Magistrate

NOTICE TO DEFENDANT — You need not appear personally in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.
3. If the Commonwealth or an officer of agency thereof is a defendant, the time to be inserted is 60 days.

ZSC 24

ᶾ-9

PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .........................................., 20    , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..........................................................................................................................................................

..........................................................................................................................................................

..........................................................................................................................................................

Dated: .............................., 20  .    ..............................................................

N.B.  TO PROCESS SERVER:—
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

|  |
|---|
| , 20 . |

---

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT.
OF THE TRIAL COURT
CIVIL ACTION

BRISTOL, ss.           No.

Dennis Audette, on behalf of himself and all others similarly situated, ............, Plaintiff(s)

v.

Hebei Welcome Pharmaceutical Co. Ltd., et al. ............, Defendant(s)

SUMMONS
(Mass. R. CIV. P. 4)



**LEGAL LANGUAGE SERVICES**

International Litigation Support
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone  (913) 341-3167
Toll Free   (800) 755-5775
Telefax    (913) 341-3168
www.legallanguage.com

March 23, 2005
2005年3月23日

To whom it may concern:
致有關人士：

This is to certify that the attached translation from English into Chinese is an accurate representation of the document received by this office. This document is designated as:
茲證明，這是我們收到的英語文件的準確漢語譯本。此文件是：

Tracking Order – F Track
案件处理程序 – 快速程序

Maria Victoria Portuguez, Manager of this company, certifies that Jack Lian, who translated this document, is fluent in Chinese and standard North American English and qualified to translate. he/she attests to the following:

Maria Victoria Portuguez 任本公司經理，茲證明 Jack Lian 經本公司考核證實精通漢語和北美標準英語，具有翻譯資格。以下是他/她的證詞：

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".
"據我所知，所附文本是該文件真實、完整、準確的翻譯文本。"

_signature_
Signature of Maria Victoria Portuguez
Maria Victoria Portuguez 簽名

Subscribed and sworn to before me this March 23, 2005.
2005年3月23日當我面簽署並宣誓。

_signature_
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

Vicki Farron
堪薩斯州公證員
於約翰遜郡獲得公證員資格
執照有效期至2008年12月9日

Sincerely,
謹此

Victor J. Hertz
President/總裁

3-10

马萨诸塞州 [Commonwealth of Massachusetts]
布里斯托尔县 [County of Bristol]
高等法院

民事诉讼案件摘要编号 # BRCV2005-00182-C

关于：  奥德特 [Audette]，代表自己以及所有其它处境相同者诉河北维尔康制药有限公司 [Hebei Welcome Pharmaceutical Co., LTD.] 等

致： 威廉·M·斯特劳斯 [William M Straus] 律师
马萨诸塞州，纽贝福德市，果园大街 115 号，邮编 02740
[115 Orchard Street, New Bedford, MA 02740]

案件处理程序 - 快速程序

兹通知贵方，依据《高等法院标准办案程序》1-88 之规定，本案适用快速程序。程序要求下述各诉讼阶段必须在所标示的截止日期之前完成。

| 诉讼阶段 | 截止日期 |
|---|---|
| 送达传票，回证提交到法院 | 05/18/2005 |
| 提交针对诉状的答辩（参见马萨诸塞州民事程序规则 [MRCP] 第 12 条） | 07/17/2005 |
| 提交 MRCP 12, 19, 及 20 条所规定的所有动议 | 07/17/2005 |
| 提交 MRCP 15 条所规定的所有动议 | 07/17/2005 |
| 所有证据开示和书面证据采集工作完成 | 12/14/2005 |
| MRCP 56 条所规定的所有动议均送达并审理完毕 | 01/13/2006 |
| 举行最终审前会议，确定庭审日期 | 02/12/2006 |
| 结案 | 04/13/2006 |

审前程序的最终截止日期<u>不是审前会议预定的日期。</u>该日期将于其后通知贵方。
原告律师必须在提交送达回证截止日期之前将本《案件处理程序》送达被告。
本案指定于布里斯托尔高等法院主庭 [陶顿] C 室进行审理工作。

日期： 02/17/2005

马可·J·桑托斯 [Marc J. Santos]
法庭书记官

经办人：瓦莱里·A·布罗迪尔/约翰·F·罗叟斯基 [Valerie A. Brodeur/John F. Losowski]
助理书记官

所在地：主庭 [陶顿] C 室
电话： (508) 823-6588

需要残障设备的残疾人请联系高等法院行政部，电话 (617) 788-8130。

有关案件情况请查询网站：http://ma-trialcourts.org/tcic

cvdtract_2.wpd 439230 initdoc01 alternating

3 – 11

Subscribed and sworn to before
me this ___3/23___ 20_05_

Notary Public ___Vicki Farron___

VICKI FARRON
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

## Commonwealth of Massachusetts
### County of Bristol
### The Superior Court

CIVIL DOCKET# BRCV2005-00182-C

RE: Audette, on Behalf of Himself and All Others Similarly Situated v Hebei Welcome Pharmaceutical Co., LTD. et al

TO: William M Straus, Esquire
115 Orchard Street
New Bedford, MA 02740

### TRACKING ORDER - F TRACK

You are hereby notified that this case is on the fast (F) track as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 05/18/2005 |
| Response to the complaint filed (also see MRCP 12) | 07/17/2005 |
| All motions under MRCP 12, 19, and 20 filed | 07/17/2005 |
| All motions under MRCP 15 filed | 07/17/2005 |
| All discovery requests and depositions completed | 12/14/2005 |
| All motions under MRCP 56 served and heard | 01/13/2006 |
| Final pre-trial conference held and firm trial date set | 02/12/2006 |
| Case disposed | 04/13/2006 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to session C sitting in CtRm - Main (Taunton) at Bristol Superior Court.

Dated: 02/17/2005

Marc J. Santos
Clerk of the Courts

BY: Valerie A. Brodeur / John F. Losowski
Assistant Clerk

Location: CtRm - Main (Taunton)
Telephone: (508) 823-6588

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

Check website as to status of case: http://ma-trialcourts.org/tcic

cvdtrad_2.wpd 439230 ini doc01 ellendor

3 - 12


**LEGAL LANGUAGE SERVICES**

International Litigation Support
8014 State Line Road
Suite 110
Leawood, KS 66208-3712

Telephone (913) 341-3167
Toll Free  (800) 755-5775
Telefax   (913) 341-3168
www.legallanguage.com

March 23, 2005
2005年3月23日

To whom it may concern:
致有關人士：

This is to certify that the attached translation from English into Chinese is an accurate representation of the document received by this office. This document is designated as:
茲證明，這是我們收到的英語文件的準確漢語譯本。此文件是：

**Class Action Complaint**
集体诉讼起诉状

Maria Victoria Portuguez, Manager of this company, certifies that Jack Lian, who translated this document, is fluent in Chinese and standard North American English and qualified to translate. he/she attests to the following:

Maria Victoria Portuguez 任本公司經理，茲證明 Jack Lian 經本公司考核證實精通漢語和北美標準英語，具有翻譯資格。以下是他/她的證詞：

"To the best of my knowledge, the accompanying text is a true, full and accurate translation of the specified document".
"據我所知，所附文本是該文件真實、完整、準確的翻譯文本。"

_____
Signature of Maria Victoria Portuguez
Maria Victoria Portuguez 簽名

Subscribed and sworn to before me this March 23, 2005.
2005年3月23日當我面簽署並宣誓。

_____
Vicki Farron
Notary Public, State of Kansas
Qualified in Johnson County
Commission Expires December 9, 2008

Vicki Farron
堪薩斯州公證員
於約翰遜郡獲得公證員資格
執照有效期至2008年12月9日

Sincerely,
謹此

Victor J. Hertz
President/總裁

3-13

COMMONWEALTH OF MASSACHUSETTS

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
DOCKET # BRCR2005-0182

Dennis Audette
on Behalf of himself
And All Others Similarly Situated,

        Plaintiff,

vs.

HEBEI WELCOME PHARMACEUTICAL CO. LTD.;
JIANGSU JIANGSHAN PHARMACEUTICAL CO. LTD.;
NORTHEAST PHARMACEUTICAL GROUP CO. LTD;
WEISHENG PHARMACEUTICAL CO. LTD.;
SHIJIAZHUANG PHARMACEUTICAL (USA) CO. LTD.;
CHINA PHARMACEUTICAL GROUP, LTD.

        Defendants.

BRISTOL, SS SUPERIOR COURT
FILED
FEB 17 2005
MARC J. SANTOS, ESQ.
CLERK/MAGISTRATE

## CLASS ACTION COMPLAINT

Plaintiff, through his attorneys, brings this civil action on behalf of himself and all others similarly situated in Massachusetts, for damages and declaratory relief under the antitrust laws of Massachusetts, against the above named Defendants. Plaintiff, upon personal knowledge as to his own actions and upon information and belief with respect to all other allegations, respectfully alleges the following:

## INTRODUCTION

1.      This case arises out of a long-running conspiracy beginning no later than